63489. ROBBINS v. FARMERS & MERCHANTS BANK.

SHULMAN, Presiding Judge.

The issue in this case is identical to that contained in *Rush v. Farmers & Merchants Bank,* 162 Ga. App. 65. Accordingly, the case presently before us is affirmed for the reasons set forth in *Rush.*

*Judgment affirmed. Quillian, C. J., and Carley, J., concur.*

DECIDED APRIL 20, 1982.

*J. A. Nolan,* for appellant.
*Donald W. Huskins,* for appellee.